Ar Razzaaq Rashid Bey
C/o 1524 North Purdum Street.
Kokomo, Indiana near [46901]
without the UNITED STATES

INDIANAPOLIS IN 460

31 DEC 2020 PM 3 L

FILED

JAN 04 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA



US District Court Clerk

46 E Ohio St, INDIANAPOLIS,

INDIANA 46204

46204-191930