7019 2970 0001 0762 3271

FILED
01/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

-FILED-
DEC 21 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IND.

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

IN THE

UNITED STATES DISTRICT COURT

Northern District of Indiana Fort Wayne Division

For Indiana Republic

Ar Razzaaq Rashid Bey, Authorized Representative, Natural Person, In Propria Persona: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Indiana Territory
[c/o 1524 North Purdum Street]
[Kokomo, Indiana Republic [46902]
Northwest Amexem

        **Petitioner / Plaintiff**

v.

TYLER O. MOORE, et al.

        **Respondents / Parties**

December 17, 2020= MC.1440

Ar Razzaaq Rashid Bey; arrazzaaqbey@gmail.com
Requests for; Third-party interceptor
King Wooden is the Authorize Representative to
Ar Razzaaq Rashid Bey public interest, and self -
protecting Legal Authority, and Recovery to Act
on all adhesion court orders. Trusted Human
Reservation of Rights
King Wooden
Private Attorney General

**RE: 1:20-cv-365-HAB-SLC**

1:20-cv-3200-JRS-MPB

Federal Law provides that it is a crime to violate the Rights of the people under the Color-Of-Law. Southern District Courts of Indiana can be held personally liable for violating the Personal Liberties of the Petitioner, and for committing 'Fraud'. Law being the American Constitution, pursuant to Article VI, as well the USC Codes, which are in harmony with the American Constitution of 1791:

## Title 18, Part 1, Chapter 13 §241, §242, §245, and Chapter 73 § 1512 of United States Codes of Law:

18 USC §241: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or.
If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.
18 USC §242: Whoever, under `color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution

7019 2970 0001 0762 3271

or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death. 18 USC §245: provides that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying (the estate, identified as) any benefit, service, privilege, program, facility or activity, provided or administered by (a person / agent / Officer / Public Servant, operating through an agency, corporation, or association of) the United States; [or] applying for or enjoying employment or any prerequisite thereof, by any agency of the united states; shall be fined under this title, or imprisoned not more than one year, or both. 18 USC § 1512: Whoever corruptly alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**Furthermore**, I Ar Razzaaq Rashid Bey do believe that the above-described acts have been committed contrary to law. I present this Affidavit of Truth as Exhibit E, to be presented as Evidence for the record. I have also attached exhibits A through D to be placed, On the record. For the record. Let the record show. Exhibit A- United States Postal Certified Mail Receipts. Exhibit B- United States Postal Certified Mail Receipts. Exhibit C- United States Postal Certified Mail Receipts. Exhibit D- Northern district courts summons of Indiana. Exhibit E- Affidavit of Fact.

*Allegations in an affidavit must be considered as true in absence of counter-affidavit.*
**Group v. Finletter, 108 F. Supp. 327 (D. C.D.C., 1952).**


I 'Affirm' that all statements, facts, and information, presented in this **Affidavit Of Fact**, are true, and correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth; and are presented as Evidence for the record. I, furthermore, state that the aforesaid Exhibit, Evidence, Information and Facts are placed in Evidence regarding this issue.

In Honor Always

Signature of Affiant: I Am: _Ar Razzaaq Rashid Bey_ SEAL
Ar Razzaaq Rashid Bey, a free Moorish American, aboriginal,
Jus Sanguine, In Solo Proprio, In Full Life.
Ex-Relatione Reginald N Greene
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
PH: (765) 631-7007 Email: arrazzaaqbey@gmail.com



State of Indiana
County of Howard
Subscribed and sworn before me this 18 day of December, A.D. 2020
Notary public DAVID G. PELGEN
My Commission Expires August 20, 2027
WITNESS my hand and official seal

Signature of Notary Public