# EXHIBIT E






OFFICIAL        COPY
TR_____ETE
_____ R. Jack_
12/17/2020
HC            RECORDER

## THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.
*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans

### 𝔄𝔣𝔣𝔦𝔡𝔞𝔟𝔦𝔱 𝔒𝔣 𝔗𝔯𝔲𝔱𝔥
#### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

Ar Razzaaq Rashid Bey, Natural Person, In Propria Persona: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL
LETTERS
Indiana Territory
[c/o 1524 North Purdum Street]
[Kokomo, Indiana Republic [46902]          December 16, 2020 = MC.1440
Northwest Amexem
               **Petitioner / Plaintiff**

**Re:** 1:20-cv-02683-RLY-TAB

Ar Razzaaq Rashid Bey arrazzaaqbey@gmail.com
Requests for;
Third-party interceptor

King Wooden is the Authorize Representative to Ar Razzaaq Rashid Bey public interest, and
self-protecting Legal Authority, and Recovery to Act on all adhesion court orders.

Trusted human
Reservation of Rights

King Wooden
Private Attorney General

### Plaintiff

Ar Razzaaq Rashid Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor
substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-
American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely
Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to
the Constitution for the United States Republic, North America; Being a descendant of Moroccans
and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received
permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The
Moors are the founders and are the true possessors of the present Moroccan Empire; with our
Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new
homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the
Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands
- bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED
AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Jennifer R. Jack

12/1/2020

HOWARD COUNTY RECORDER

# EXHIBIT E

EIGHTEEN HUNDRED and THIRTY SIX TREATIES between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## Facts

A matter must be expressed for being resolved In Commerce TRUTH is Sovereign Truth must be expressed in the form of an Affidavit an Affidavit not rebutted stands as the truth in Commerce an Affidavit not rebutted after 30 days, becomes the judgment in commerce A Truth Affidavit / Affidavit of Facts, under commercial law, can only be satisfied by: Truth Affidavit rebutted point for point, by payment, by agreement, by resolution or by Common law rules, by a jury. Equality under the law is paramount and mandatory by law. I Ar Razzaaq Rashid Bey present the following:

**In support of this Affidavit, I state for the record:**

On or about October 7, 2020. I had intentions on sending;
The Attorney General, Curtis Hill:
**1.** (Affidavit of obligation) Document(s).


The Archbishop of Indiana:
**1.** (Affidavit of obligation) Document(s).

The World Courts:
**1.** (Affidavit of action containing complaints for declaratory relief and for damages) Document(s).

The Northern & Southern District Courts of Indiana:
**1.** (Affidavit of action containing complaints for declaratory relief and for damages) Document(s).

I prepared these documents to be mailed certified mail at the Howard County Post Office. I sent my wife to mail them at the Howard County Post Office which is attached as exhibit A to this Affidavit. I later realize that three of the five documents were only sent certified postal mail. Two were still at home, which were the Northern and Southern District of Indiana.
**1.** (Affidavit of action containing complaints for declaratory relief and for damages) Documents.

Several days later I sent the Documents to both District Court on October 15, 2020. Which they received October 19, 2020 signed for by a representative or clerk of the District Courts, both courts responded which is attached as exhibit B to this affidavit. North District Court of Indiana sent me back,
**1.** Filing fee form.
**2.** In forma pauperis form.
**3.** A civil complaint form.
To be filled out and returned with the filing fee form. Southern District sent me back,
**1.** Consent form.

I completed both Documents and returned them back to both District Courts of Indiana on October 31, 2020, which they received November 2, 2020, signed for by a representative or clerk of both District Courts which is attached as exhibit C to this Affidavit. I never heard anything back from Southern District Court. Northern District Court responded, stating a filing fee is to be paid by a certain date to move forward in the civil case. I went to Northern District Court on November 9, 2020, personally to pay the filing fee to move forward in the civil complaint. After paying the filing fee, I received the court summons to serve on all parties, with case number 1:20-cv-00365-HAB-SLC. I served personally 26 of the 27 parties on November 10, 2020.

On or about, November 25, 2020. I received mail from Traveler Staff Counselor stating that Daniel M. Witte is putting an appearance of counsel for all Deputy Sheriff's involved in the civil

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Jennifer K. Gauck

12/17/2020

HOWARD COUNTY RECORDER

**EXHIBIT E**

action complaint, and a motion for dismissal or transfer for improper venue filed in the Northern District Court of Indiana. On December 3, 2020, I got a phone message from Deputy Attorney General Marley G. Hancock stating she is putting in an appearance of counsel for all parties of the Howard County Courthouse involved in the civil complaint. Marley G. Hancock stated that she will be filing a motion for continuance at the Northern District Court of Indiana, because their time to answer has expired. Marley G. Hancock stated that she just received the case, December 2, 2020, and if I had any objections to a continuous. I filed my response with the Northern District Court of Indiana, as well as a default judgment for all parties with expired time to respond.

On December 12, 2020. I finally received a response from the Southern District Court of Indiana, informing me by mail that they excepted the case, has a case number 1:20-cv-02683-RLY-TAB, stating an Order Setting Telephonic Initial Pre-Trial Conference, dated for February 1, 2021 at 10:30 AM eastern time. Now I am a little confused about what is going on. I have not communicated with the Southern District Court of Indiana, after I returned the consent form in October 2020. I never communicated with the Southern District Court of Indiana about a:
1. Filing Fee.
2. A Civil Complaint Form.
### NOTHING!

I have not heard anything back from them since October 2020, which was just a consent form to be returned. I called Southern District Court of Indiana, Monday morning, December 14, 2020 at 9:04 AM. I spoke with the clerk of the Southern District court of Indiana, the unidentified clerk took my appellation, my number and stating she will have someone call me back shortly. At 10:06 AM I received a phone message from Denise Brown stating she is the Judge Court Rooms Deputy, that she was returning my phone call, and if I could call her back since I missed the returned call. After receiving and listening to the message I called Denise Brown back she informed me that apparently the Southern District of Indiana took the case, also stated that the court files indicates that I apparently filed on October 13, 2020, and they decided to take the case without a filing fee. Denise Brown also stated that she don't know why I wasn't informed about any of this because they have my address and that all parties of Howard county City Hall including Howard county Mayor: Tyler O. Moore and all City Hall Public Servants involved in the civil complaint have answered/responded to the summons I serve them from the Northern District Court case number; 1:20-cv-00365-HAB-SLC on November 10, 2020 with the Southern District Court of Indiana which is attached as exhibit D to this affidavit.

Now that was a little weird to me because the summons never mentions Southern District Court of Indiana. The summons clearly stated United States Northern District Court of Indiana, as well as the case number to Northern District Court of Indiana. I have certified mail receipt postal number: 7019 2280 0001 4663 3396 to prove that I sent my initial (Affidavit of action containing complaints for declaratory relief and for damages) Documents on October 15, 2020, to both District Court of Indiana, **NOT** October 13, 2020 which is attached as exhibit B. I did send documents to Attorney General Curtis Hill on or about the time they said I filed with the Southern District Court of Indiana which is attached as exhibit A.

I also have certified mail receipt postal number: 7019 2970 0001 0761 5894 to prove that on October 31, 2020 which is attached as exhibit B to this Affidavit. I sent the consent form back to the Southern District Court of Indiana and have not heard anything back from them since. This Proves:
1. Obstruction of justice - Ind. Code § 35-44.1-2-2.
2. Conspiracy - Ind. Code § 35-32-2-4, & 35-41-5-2.
3. Filing Tampering with the Southern District Court - Ind. Code § 35-43-1-4.
4. Fraud - Ind. Code § 35-43-5-4.
5. Deception - Ind. Code § 35-43-5-3.
6. Bias - Ind. Code §1 0-13-3-1
7. Why my Civil Complaint Case should stay in the Northern District Court of Indiana.

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
HOWARD COUNTY RECORDER
12/17/2020

# EXHIBIT E

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

Thank You,

I 'Affirm' that all statements, facts, and information, presented in this 𝔄𝔣𝔣𝔦𝔡𝔞𝔳𝔦𝔱 𝔒𝔣 𝔉𝔞𝔠𝔱, are correct and true; and are presented as Evidence for the record. I, furthermore, state that the foresaid Exhibit, Evidence, Information and Facts are placed in Evidence regarding this issue.

In Honor Always

Signature of Affiant: I Am: *Ar Razzaaq Rashid Bey* SEAL
Ar Razzaaq Rashid Bey, a free Moorish American, aboriginal,
Jus Sanguine, In Solo Proprio, In Full Life.
Ex-Relatione Reginald N Greene
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103
PH: (765) 631-7007 Email: arrazzaaqbey@gmail.com

State of Indiana
County of Howard
Subscribed and sworn before me this 16 day of December, A.D. 2020

Notary public DAVID G. PELGEN

My Commission Expires August 20, 2027

WITNESS my hand and official seal

_____
Signature of Notary Public

DAVID G. PELGEN
NOTARY PUBLIC
SEAL
MY COMMISSION EXPIRES AUGUST 20, 2027
COMMISSION NO. NP0721__
HOWARD COUNTY, STATE OF INDIANA



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer K. Gack*

12/17/2020

HOWARD COUNTY RECORDER

**EXHIBIT A**



**THE UNIVERSAL WORLD COURT**

DR. HENDO I L HENDERSON, ad hoc judge

Carnegieplein2 Peace Palace

2517 KJ The Hague

American Office: P.O. Box 7713
Fort Worth, TX 76111-9998

Tel: 0031-(0)70-302232

**EXHIBIT A**



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
_Jennifer R. Gauck_
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT A

**3**

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Indianapolis, IN 46204                    0738
Certified Mail Fee  $3.55                          13
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $8.25
10/07/2020
Total Postage and Fees  $14.65
Sent To  *Attorney General Curtis Hill*
Street and Apt. No., or PO Box No.  *302 W. Washington St. 5th Floor*
City, State, ZIP+4®  *Indianapolis, IN 46204*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7019 2280 0001 4334 3662

# EXHIBIT A

**2**

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Indianapolis, IN 46202                    0738
Certified Mail Fee  $3.55                          13
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $8.25
10/07/2020
Total Postage and Fees  $14.65
Sent To  *Archbishop Charles C. Thompson*
Street and Apt. No., or PO Box No.  *1400 N. Meridian St*
City, State, ZIP+4®  *Indianapolis, IN 46202*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7019 2280 0001 4334 3679



---

**UNITED STATES POSTAL SERVICE.**

KOKOMO
2719 S WEBSTER ST
KOKOMO, IN 46902-9998
(800)275-8777

10/07/2020                              10:00 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| **Priority Mail® 1-Day 1** | | | $8.25 |
| Indianapolis, IN  46204 | | | |
| Weight: 1 lb 8.20 oz | | | |
| Expected Delivery Date | | | |
| Thu 10/08/2020 | | | |
| Certified Mail® | | | $3.55 |
|   Tracking #: | | | |
|   70192280000014663 3662 | | | |
| Return Receipt | | | $2.85 |
|   Tracking #: | | | |
|   9590 9402 5583 9274 4808 61 | | | |
| Total | | | $14.65 |

**3**

| **Priority Mail® 1-Day 1** | | | $8.25 |
|---|---|---|---|
| Indianapolis, IN  46202 | | | |
| Weight: 1 lb 7.90 oz | | | |
| Expected Delivery Date | | | |
| Thu 10/08/2020 | | | |
| Certified Mail® | | | $3.55 |
|   Tracking #: | | | |
|   70192280000146633679 | | | |
| Return Receipt | | | $2.85 |
|   Tracking #: | | | |
|   9590 9402 5583 9274 4810 59 | | | |
| Total | | | $14.65 |

**2**

| **First-Class Mail®** | 1 | | $3.95 |
|---|---|---|---|
| Package | | | |
| Fort Worth, TX  76111 | | | |
| Weight: 0 lb 2.40 oz | | | |
| Estimated Delivery Date | | | |
| Tue 10/13/2020 | | | |
| Tracking #: | | | |
| 9500 1117 7151 0281 6316 30 | | | |

**1**

---

| Grand Total: | $33.25 |
|---|---|
| | |
| Debit Card Remitted | $33.25 |
|   Card Name: VISA | |
|   Account #: XXXXXXXXXXXX4931 | |
|   Approval #: | |
|   Transaction #: 924 | |
|   Receipt #: 037335 | |
|   Debit Card Purchase: $33.25 | |
|   AID: A0000000980840 | Chip |
|   AL: US DEBIT | |
|   PIN: Verified | |

--------------------------------------
**************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
**************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Gack*

12/17/2020

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tanya Walton Pratt
District Court of Indiana
Office of the Clerk
105 U.S. Courthouse 46 E. Ohio St.
Indianapolis, IN 46204

9590 9402 5583 9274 4810 04

2. Article Number (Transfer from service label)
7019 2280 0001 4663 3396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *JMCC19*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
*JMCC19*
C. Date of Delivery
*10-19-20*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**1**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. District Court
1300 Harrison St. #1108
Fort Wayne, IN 46802

9590 9402 5583 9274 4810 11

2. Article Number (Transfer from service label)
7019 2280 0001 4663 3389

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *L STENNKO*
☑ Agent
☐ Addressee

B. Received by (Printed Name)
*(W) 212 C19*
C. Date of Delivery
*10-19-20*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

GABRIEL STATION JOBS
2020

**2**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Jennifer R. Gack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT B



**UNITED STATES POSTAL SERVICE**

UPTOWN
308 E SYCAMORE ST
KOKOMO, IN 46901-4826
(800)275-8777

10/15/2020                                04:14 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 2 | $1.49 | $2.98 |
| First-Class Mail® Large Envelope | 1 | | $1.40 |

Fort Worth, TX  76111
Weight: 0 lb 2.90 oz
Estimated Delivery Date
Mon 10/19/2020

| First-Class Mail® Large Envelope | 1 | | $1.40 |

Fort Wayne, IN  46802
Weight: 0 lb 2.80 oz
Estimated Delivery Date
Mon 10/19/2020

Certified Mail®                               $3.55
  Tracking #:
  70192280000146633389
Return Receipt                                $2.85
  Tracking #:
  9590 9402 5583 9274 4810 11
Total                                         $7.80

First-Class Mail®      1                       $1.40
Large Envelope
Indianapolis, IN  46204
Weight: 0 lb 2.90 oz
Estimated Delivery Date
Mon 10/19/2020
Certified Mail®                               $3.55
  Tracking #:
  70192280000146633396
Return Receipt                                $2.85
  Tracking #:
  9590 9402 5583 9274 4810 04
Total                                         $7.80

Grand Total:                                 $19.98

Cash                                         $20.00
Change                                      ($0.02)

*********************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
*********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

# EXHIBIT B



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Office of the
Clerk of the U.S. District Court
105 U.S. Court House
46 East Ohio Street
Indianapolis, Indiana 46204

9590 9402 6078 0125 6611 56

2. Article Number (Transfer from service label)
7019 2970 0001 0761 5894

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *JmCV-19*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*JmCV 19*   11-2-20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**1**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Clerk
UNITED STATES DISTRICT COURT
1300 S. Harrison Street
Fort Wayne, Indiana 46802

9590 9402 6078 0125 6611 70

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *L. STEINKE*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
*RD 212 CL9*   11-2-20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☒ No

**2**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



# EXHIBIT C

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer K. Jack
12/17/2020
HOWARD COUNTY RECORDER



**EXHIBIT C**

**EXHIBIT C**




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Gack*
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Ar Razaaq Rashid Bey
*Plaintiff(s)*

)
)
)
)
)
)
)

v.

Civil Action No. 1:20-CV- 365 - HAB

Tyler O. Moore
*Defendant(s)*

)
)
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tyler O. Moore
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana  near [ 46901 ]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. S
*Signature of Clerk or Deputy Clerk*

# EXHIBIT D




*OFFICIAL CERTIFIED COPY*
*TRUE AND COMPLETE*
*Jennifer R. Gack*
*12/17/2020*
*HOWARD COUNTY RECORDER*

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tyler D. Moore (acting as Kokomo Mayor)
was received by me on *(date)* 11-10-20

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City's Attorney Clerk Sarah White City of
Kokomo Mayor 100 S. Union St. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Server's address
Kokomo, IN          near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

# EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Jack*
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

ArRazzaaq Rashid Bey
_____
Plaintiff(s)

v.

Chris White
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-CV-365-HAB

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Chris White
100 S. Union St.
Kokomo, IN  46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C/O 1524 North Purdum Street
Kokomo, Indiana  near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020
_____

B. S_____
_____
*Signature of Clerk or Deputy Clerk*

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Gack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 05/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Public Servant Chris White**
was received by me on *(date)* **11-10-20**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Personally handed to City Attorneys secretary Sarah White**
**City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **11-10-20**

*Ar Razzaaq Rashid Bey*

*Server's signature*

**Ar Razzaaq Rashid Bey (Moor)**

**RESERVING ALL RIGHTS** *Printed name and title*
**UCC 1-308 1-101 1-103**

**C/O 1524 North Purdom Street**
*Server's address*
**Kokomo, IN** near [46901]

Additional information regarding attempted service, etc: **Without the UNITED STATES**

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Ar-Razaaq Rashid Bey
_____
*Plaintiff(s)*

v.

Noah Moody
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-CV-365-HAB

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Noah Moody
100 S. Union St.
Kokomo, In 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana Near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

B. _____
*Signature of Clerk or Deputy Clerk*

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Noah Moody

was received by me on *(date)* 11-10-20

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City Attorney's secretary Sarah White
City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
Printed name and title

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Server's address
Kokomo, IN near [ 46901 ]

Additional information regarding attempted service, etc: Without the UNITED STATES

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Gack*
12/17/2020
HOWARD COUNTY RECORDER

## EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ArRazzaq Rashid Bey          )
_____      )
          Plaintiff(s)        )
                              )
          v.                  )   Civil Action No. 1: 20 -CV- 365 - HAB
                              )
Andrew Grammar                )
_____      )
          Defendant(s)        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Andrew Grammar
    100 South Union Street
    Kokomo, IN 46901

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    C/O 1524 North Purdum Street
    Kokomo, Indiana near [46901]
    Without the UNITED STATES

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                     *CLERK OF COURT*

Date: 11/9/2020                              B. _____
                                             *Signature of Clerk or Deputy Clerk*

## EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Gick*
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Public Servant Andrew Grammar**

was received by me on *(date)* **11-10-20**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Personally handed to City Attorney's secretary Sarah White**
**City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **11-10-20**

*Ar Razzaaq Rashid Bey*
Server's signature

**Ar Razzaaq Rashid Bey (Moor)**
Printed name and title

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**

**C/O 1524 North Purdum Street**
Server's address

**Kokomo, IN near [46901]**

Additional information regarding attempted service, etc: **Without the UNITED STATES**

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer K. Gack*

12/17/2020
HOWARD COUNTY RECORDER

## EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ArRazzaaq Rashid Bey
_____
            _Plaintiff(s)_

v.                                    Civil Action No. 1:20-CV-365-HAB

Ryan Adams
_____
            _Defendant(s)_

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ryan Adams
100. S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020                        B. Sn
_____                      _____
                                       *Signature of Clerk or Deputy Clerk*

## EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Jack*
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Ryan Adams

was received by me on *(date)* 11-10-20

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City Attorneys secretary Sarah White
City of Kokomo Police Department. 100 S. Union st. Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
**RESERVING ALL RIGHTS** Printed name and title
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Server's address
Kokomo, IN Near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

# EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer R. Gack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

ArRazzaaq Rashid Bey
_Plaintiff(s)_

v.                                                                Civil Action No. 1:20-CV-365-HAB

Douglas Stout
_Defendant(s)_

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Douglas Stout
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C/O 1524 North Pordum Street
Kokomo, INDIana near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 11/9/2020                                 B. S
                                                _Signature of Clerk or Deputy Clerk_

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Gack*

12/7/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Douglas Stout

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Personally handed to City's Attorney's Secretary Sarah White
City of Kokomo Police Department, 100 S. Union St, Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

_____
Server's signature

Ar Bazzang Rashid Bey (Moor)
Printed name and title

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

c/o 1524 North Perdum Street
Kokomo, IN  near [46901]
Server's address

Additional information regarding attempted service, etc: without the UNITED STATES

# EXHIBIT D



OFFICIAL CERTIFIED AS
TRUE AND COMPLETE
*Jennifer K. Jack*
12/17/2020
HOWARD COUNTY

**EXHIBIT D**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ArRazzaq Rashid Bey
_____
*Plaintiff(s)*

v.

Graham Dennis
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-CV-365-HAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Graham Dennis
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana  near [46901]
Without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

B. Sh
_____
*Signature of Clerk or Deputy Clerk*

## EXHIBIT D




TRUE AND COMPLETE

*Jennifer R. Gack*

12/30/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Public Servant Graham Dennis</u>

was received by me on *(date)* <u>11-10-20</u>

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* <u>Personally handed to City Attorneys Secretary Sarah White</u>
<u>City of Kokomo Police Department. 100. S. Union St. Kokomo, IN 46901</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>11-10-20</u>

*Ar Razzaaq Rashid Bey*
Server's signature

<u>Ar Razzaaq Rashid Bey (Moor)</u>
RESERVING ALL RIGHTS *Printed name and title*
UCC 1-308  1-101  1-103

<u>C/O 1524 North Purdum Street</u>
Server's address
<u>Kokomo, IN</u>  near [46901]

Additional information regarding attempted service, etc: <u>without the UNITED STATES</u>

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Ar Razzaaq Rashid Bey | ) | |
| *Plaintiff(s)* | ) | |
| | ) | Civil Action No. 1:20-CV-365-HAB |
| v. | ) | |
| | ) | |
| Justin Mackey | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Justin Mackey
100 South Union Street
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITES STATES.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2020

*B. S_____*

*Signature of Clerk or Deputy Clerk*

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Gaick*

12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Public Servant Justin Mackey

was received by me on *(date)*  11-10-20

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Personally handed to City attorneys Secretary Sarah White
City of Kokomo Police Department 100. S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*ArRazzaaq Bashid Bey*
Server's signature

ArRazzaaq Bashid Bey (Moor)
Printed name and title

RESERVING ALL RIGHTS
UCC 1-308 1-101 1-103

C/O 1524 North Purdum Street
Kokomo, IN        near [46901]
Server's address

Additional information regarding attempted service, etc: Without the UNITED STATES

# EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer K. Jack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

)
)
)
)
ArRazzaq Rashid Bey )
_Plaintiff(s)_ )
v. )   Civil Action No. 1:20-CV-365-HAB
)
)
Robert Baker )
_Defendant(s)_ )
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert Baker
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
Without the UNITED STATES.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020                                    B. S_____

                                                    *Signature of Clerk or Deputy Clerk*

# EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer K. Jack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Robert Baker

was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City's Attorney secretary Sarah White.
City of Kokomo Police Department 100 S. Union St Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20 _____

*Server's signature* Ar Bazzaag Rashid Bey

Ar Bazzaag Rashid Bey (Moor)
**RESERVING ALL RIGHTS** *Printed name and title*
**UCC  1-308  1-101  1-103**

C/O 1524 North Purdum Street
*Server's address*
Kokomo, IN   near [46901]

Additional information regarding attempted service, etc: Without the UNITED STATES

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer K. Jack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

|  |  |
|---|---|
| Ar-Razzaaq Rashid Bey | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
|  | ) Civil Action No. 1:20-CV-365-HAB |
| Isaac Walden | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Isaac Walden
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 11/9/2020

B. Sn
_Signature of Clerk or Deputy Clerk_

# EXHIBIT D




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
Jennifer R. Gack
12/17/2020
HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Isaac Walden
was received by me on *(date)* 11-10-20

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Personally handed to City Attorneys Secretary Sarah White
City of Kokomo Police Department. 100 S. Union St   Kokomo, IN 46901

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Or Razzaaq Rashid Bey
*Server's signature*

Ar Razzaaq Rashid Bey (Moor)
*Printed name and title*

**RESERVING ALL RIGHTS**
**UCC 1-308 1-101 1-103**

C/O 1524 North Purdum Street
Kokomo, IN *Server's address* near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

# EXHIBIT D





OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

# EXHIBIT D

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Ar Razzaaq Rashid Bey
_Plaintiff(s)_

v.

Zachary Griffith
_Defendant(s)_

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1: 20 - CV - 365 - HAB

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Zachary Griffith
100 S. Union St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [46901]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020                                   *B.*

_Signature of Clerk or Deputy Clerk_




OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE
*Jennifer R. Jack*
12/17/2020
HOWARD COUNTY RECORDER

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Public Servant Zachary Griffith
was received by me on *(date)* 11-10-20 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to City Attorney's Secretary Sarah White
City of Kokomo Police Department. 100 S. Union St Kokomo, IN
46901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-10-20

*Ar Razzaaq Rashid Bey*
Server's signature

Ar Razzaaq Rashid Bey (Moor)
**RESERVING ALL RIGHTS** Printed name and title
**UCC 1-308 1-101 1-103**

C/o 1524 North Purdum Street
Server's address
Kokomo, IN           near [46901]

Additional information regarding attempted service, etc: without the UNITED STATES

# EXHIBIT D



OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

*Jennifer R. Jack*

12/17/2020

HOWARD COUNTY RECORDER

**EXHIBIT D**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Ar Razzaaq Rashid Bey <br> *Plaintiff(s)* <br><br> v. <br><br> Marvin Johnson <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:20 -CV- 365- HAB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Marvin Johnson
714 N. Lafountain St
Kokomo, IN 46901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C/O 1524 North Purdum Street
Kokomo, Indiana near [ 46901 ]
without the UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2020

*B. S_____*
*Signature of Clerk or Deputy Clerk*

**EXHIBIT D**




**OFFICIAL CERTIFIED COPY TRUE AND COMPLETE**

Jennifer K. Jack

10/17/2020

HOWARD COUNTY RECORDER

**EXHIBIT D**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marvin Johnson (owner of Johnson's Towing Inc)

was received by me on *(date)* 11-10-20

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personally handed to Emily clerk of Johnson's Towing
Johnson's Towing Inc 714 N. Lafountain stret Kokomo, Indiana 46901
Have video of me serving summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-10-20

Av Razzaaq Rashid Bey
*Server's signature*

Av Razzaaq Rashid Bey (Moor)
RESERVING ALL RIGHTS   *Printed name and title*
UCC 1-308 1-101 1-103



C/O 1524 North Purdum Stret
Kokomo, IN   *Server's address* near [46901]
Additional information regarding attempted service, etc: Without the UNITED STATES

## EXHIBIT D

Notice to Agent is Notice to Principle

FROM:

Ar Razzaaq Bey
C/O 1524 North Purdum Street
Kokomo, IN near [46901]
Without the UNITED STATES



CERTIFIED MAIL

7019 2970 0001 0762 3271

  

U.S. POSTAGE PAID
Kokomo, IN
46901
DEC 18, 20
AMOUNT
$9.20
R2309K138717-18

RETURN RECEIPT
REQUESTED

TO:

U.S. District Court Clerk (Northern)
1300 S. Harrison St # 1108
Fort Wayne, IN    46802

**Utility Mailer**
**10 1/2" x 16"**

Notice to Principle is Notice

